# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# NEW HAVEN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| ROSEGARDEN HEALTH AND REHABILITATION, LLC.   and | Case No. 18-30623 (AMN) |
| | (Jointly Administered) |
| BRIDGEPORT HEALTH CARE CENTER, LLC | |
| Debtors. | |

### TOWNE STAFFING, LLC'S OBJECTION TO PEOPLE UNITED BANK, NATIONAL ASSOCIATION'S MOTION TO APPOINT CHAPTER 11 TRUSTEE [DKT. NO 22]

Towne Staffing, LLC. ("Towne"), a creditor and party-in-interest in this bankruptcy proceeding, hereby objects to People's United Bank, National Association's ("PUB") Motion to Appoint Chapter 11 Trustee [Dkt. No. 22].  Towne believes based on its long and successful experience in the industry that the appointment of a Chief Restructuring Officer ("CRO") with nursing home management experience and day to day authority over the Debtor's business operations in place of Mr. Stern and outside the authority of Mr. Stern is in the best interest of the creditors and avoids the costs and disruptions of the appointment of a chapter 11 trustee.

For the forgoing reasons, Towne objects to the Trustee Motion and supports the Debtor's immediate appointment of a CRO to assume day to day authority over the Debtor's business operations.

ME1 27143479v.2

Dated:  May 2, 2018  
       Hartford, Connecticut

CREDITOR,

TOWNE STAFFING, LLC.

By: <u>*/s/ James E. Regan*</u>  
James E. Regan  
Federal Bar No.: ct 27282  
jregan@mccarter.com  
McCARTER & ENGLISH LLP  
CityPlace I, 36th Floor  
185 Asylum Street  
Hartford, Connecticut 06103  
Tel.:  860.275.6700  
Fax:   860.724.3397

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

| **Manual Notice List** | |
|---|---|
| Steven E. Mackey<br>Office of the U.S. Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510 | Heidi J. Sorvino<br>Hodgson Russ LLP<br>1540 Broadway<br>24th Floor<br>New York, NY 10036<br><br>Amy E. Vulpio<br>1650 Market Street Fl.18<br>Philadelphia, PA 19103 |

                                        */s/ James E. Regan*
                                        James E. Regan (ct 27282)