**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| In re: THE ROSEGARDEN HEALTH AND REHABILITATION CENTER LLC, ET AL[1]<br><br>Debtors | ) Chapter 11<br>)<br>) Case No. 18-30623 (AMN)<br>)<br>) (Jointly Administered)<br>)<br>) |

### REQUEST TO APPEAR TELEPHONICALLY AT HEARING

The State of Connecticut, Department of Social Services ("DSS"), by its undersigned counsel, respectfully requests permission from this Court to have its counsel, Assistant Attorney General Henry Salton, appear telephonically at the hearing on all matters set for hearing in the above captioned cases for July17, 2019 at 11:30 a.m. Due to the press of other matters, it would be most convenient if counsel may participate by phone.

Dated at Hartford, Connecticut
July 17, 2019

        STATE OF CONNECTICUT
        DEPARTMENT OF SOCIAL SERVICES

        WILLIAM TONG
        ATTORNEY GENERAL

    By: /s/ Henry A. Salton
        Henry A. Salton    (#CT07763)
        Assistant Attorney General
        Office of the Attorney General
        55 Elm Street  P.O. Box 120
        Hartford, CT 06141-0120
        Tel.:  (860) 808-5210; Fax:  (860) 808-5385
        Henry.Salton@ct.gov

---

[1] The Debtors in these cases and the last four digits of each Debtor's tax identification number are: The Rosegarden Health and Rehabilitation Center LLC (4423) and Bridgeport Health Care Center Inc. (6665).

**CERTIFICATION OF SERVICE**

I hereby certify that on this 17th day of July, 2019 a copy of the foregoing Request to Appear Telephonically at Hearing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Dated at Hartford, Connecticut
      July 17, 2019

                                      /s/ Henry A. Salton
                                      Henry A. Salton (#CT07763)
                                      Assistant Attorney General