**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| IN RE: * | |
| * | |
| THE ROSEGARDEN HEALTH AND * | |
| REHABILITATION CENTER, LLC * | |
| * | Chapter 11 |
| BRIDGEPORT HEALTH CARE CENTER, INC., * | |
| * | Case No. 18-30623 (AMN) |
| Debtor. * | |
| * | (Jointly Administered) |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

<u>WITHDRAWAL OF OBJECTION OF THE SECRETARY OF LABOR TO THE CHAPTER 11 TRUSTEE'S MOTION FOR ORDER AUTHORIZING TRUSTEE TO WIND DOWN AND CEASE TO OPERATE BRIDGEPORT HEALTH CARE CENTER, INC. AND FOR RELATED RELIEF</u>

Now comes Eugene Scalia, Secretary of Labor, United States Department of Labor ("Secretary" or "DOL") and respectfully withdraws his Objection to the Chapter 11 Trustee's Motion for Order Authorizing Trustee to Wind Down and Cease to Operate Bridgeport Health Care Center, Inc. and for Related Relief (ECF No. 1174)("Chapter 11 Trustee's Motion"). The Secretary's Objection to the Chapter 11 Trustee's Motion (ECF No. 1220)("Secretary's Objection") was based on the existence of a potential buyer and in support of the Objection of Council 4, American Federation of State County and Municipal Employees (ECF No.1216)(the "Union Objection"). Despite great efforts by the Chapter 11 Trustee, the State, the unions and hundreds of employees to avoid closure, the only potential buyer has withdrawn. The Union Objection has also been withdrawn. Therefore the Secretary has no further basis to maintain his Objection.

                     Kate S. O'Scannlain
                     Solicitor of Labor

1

Maia S. Fisher
Regional Solicitor

*/s/Marjorie A. Butler*
Marjorie A. Butler (MA BBO No.548797)
ERISA Counsel
Butler.marjorie@dol.gov

Celeste Moran (MA BBO No. 682937)
Senior Trial Attorney
moran.celeste@dol.gov

U.S. Department of Labor
Office of the Solicitor
JFK Federal Building, Room E-375
Boston, MA 02203

Telephone: (617) 565-2500
Facsimile: (617) 565-2142

Date: December 31, 2019

CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of December, 2019, a copy of the foregoing Withdrawal of the Secretary of Labor's Objection to the Chapter 11 Trustee's Motion for Order Authorizing Trustee to Wind Down and Cease to Operate Bridgeport Health Care Center, Inc. and for Related Relief was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Marjorie A. Butler*
Marjorie A. Butler