To Ann Neives:

We are writing this letter on behalf of all the staff, residents and their families. During this long and arduous journey we have remained hopeful. However it has come to our attention via the residents whom attended the court hearing on Dec 20, 2019 with tears in their eyes that Icare had rescinded their offer. This brings all of us to the conclusion that the facility will be facing closure related to no buyer nor other pending offers. It was to our understanding that Icare was very near to buying the facility we are unclear as to the obstacles Icare may have faced in an attempt to purchase BHCC. We are aware that Icare tried to tour BHCC several times and was turned away by administration. Not sure how Icare can purchase a facility with out seeing it. Shame on the city and state for not giving Icare some kind of financial assistance and coming to some type of agreement to save this building and keep the residents at their home and employees with their jobs. The facility has had a dark cloud over it for so long Icare had been our last hope. Closing BHCC will only bring more hardship to the workers, the city of Bridgeport but most importantly our residents. The residents of BHCC have been to Coleman Park, Bridgeport Manor and BHCC some of whom have been here residing for over 20 years. We are not only care givers but their family. The looming closer has brought additional anxiety, worries and fear to our residents despite reassurance that they will be placed in other facilities. The families who has instilled their trust in us in caring for their mothers, fathers, sisters, brothers, etc. The city of Bridgeport will have a large vacant property where crimes, dumping of items and other horrendous crimes will occur undoubtedly.

The bankruptcy court appointed a trustee that we all trusted to do right and sell the property, but instead found everything that was wrong here, brought our census down by not taking admissions and over spending on numerous accounts. Now our laundry department was just fixed and money was spent on new parts for the machine and is working perfectly now but they insist using a friend company and pay them 2000.00 a day for laundry to get it done when ours is working better then it ever has. Im sure they will lie to you that it is still broken. Also they are paying a plowing company $5000.00 every time they come out to plow when we have 2 plows at our facility and workers that are willing to plow like they always have. It is very sickening to see these people come in and spend our money the way they do. They were suppose to help us sell the place not close the building. Our hope is that you the honorable Judge Nevins will take into consideration our residents whom call BHCC home. Families who are struggling with the thought of finding homes and a staff whom will care for their loved ones as they were cared for at BHCC. Our recent state survey is an indication of the positive work we have going forward. BHCC is still sent referrals on a daily basis the facility could easily be made to thrive. Thank you honorable Judge Neives for allowing the residents at the last several court hearing as we remained hopeful for a positive outcome.

600 ~~Bond St~~
Bridgeport, CT 06610

HARTFORD CT 061
31 DEC 2019 PM 7 L

ATT.. Ann M. Nevins
157 Church St 18th fl
New Haven, CT 06510

COMPLETED

06510-210018