**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| In Re:<br><br>THE ROSEGARDEN HEALTH AND REHABILITATION CENTER LLC, et al.,<br><br>　　　Debtors[1]<br>_____<br><br>THE ROSEGARDEN HEALTH AND REHABILITATION CENTER LLC, et al.,<br><br>　　　Movants,<br><br>vs.<br><br>BRIDGEPORT HEALTH CARE REALTY CO.,<br><br>　　　Respondent | CHAPTER 11<br><br>CASE NO. 18-30623 (AMN)<br><br>(Joint Administration) |

**AMENDED ORDER GRANTING TRUSTEE'S MOTION TO REJECT UNEXPIRED**
**NONRESIDENTIAL REAL PROPERTY LEASE**

Upon consideration of the Trustee's Motion to Reject Unexpired Nonresidential Real Property Lease (the "Motion") filed by Jon P. Newton, duly appointed Chapter 11 Trustee (the "Trustee") for the jointly administered estates of The Rosegarden Health and Rehabilitation Center LLC ("Rosegarden") and Bridgeport Health Care Center Inc. ("Bridgeport Health"; together with Rosegarden, the "Debtors"), by and through his counsel, Reid and Riege, P.C., after due notice and a hearing, and it appearing to the Court that the nonresidential real property

---

[1] The Debtors in these cases and the last four digits of each Debtor's tax identification number are:  The Rosegarden Health and Rehabilitation Center LLC (4423) and Bridgeport Health Care Center Inc. (6665).

lease by and between Bridgeport Health, for itself and Bridgeport Manor, as lessee(s), and Bridgeport Health Care Realty, LLC as lessor (the "Lease"), is burdensome to the Bridgeport Health estate and that just cause exists for the Trustee, in the exercise of his sound business judgment, to reject the Lease under 11 U.S.C. section 365, it is hereby:

ORDERED, that the Motion is granted; and it is further

ORDERED, that, pursuant to the Motion, the Trustee's rejection of the Lease shall be and hereby is approved, effective as of April 30, 2020; and it is further

ORDERED, that on April 30, 2020, or such other date and time as the parties shall mutually agree in writing, the Trustee shall surrender possession of the subject nonresidential real property known as 600 Bond Street and 540 Bond Street, Bridgeport Connecticut, to Bridgeport Health Care Realty, LLC or its designee identified in writing and delivered to the Trustee in advance; and it is further

ORDERED, that, upon rejection of the Lease pursuant to this order, Bridgeport Health Care Realty, LLC shall file a rejection damages claim, if any, by thirty (30) days after the date of the signed order.