# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 18-30623  
Case Name: Bridgeport Health Care Center Inc. ("BHCC")  
Period Ending: 03/31/2022

Trustee: Jon P. Newton  
Date Filed (f) or Converted (c): 02/22/2021 (c)  
§341(a) Meeting Date: 03/22/2021  
Claims Bar Date: 04/12/2021

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref.# | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554 | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Asse |
| 1 | Petty cash | $895.00 | $0.00 | | $0.00 | |
| 2 | BHCC Operating account *(1) | ($9,803.00) | $0.00 | | $360,365.65 | $346,083. |
| 3 | Health Insurance account *(2) | $12,854.00 | $0.00 | | $0.00 | $0. |
| 4 | Retirement Funds *(9) (u) | | $0.00 | | $0.00 | $0. |
| 5 | Manor Operating account | $35.00 | $0.00 | | $0.00 | |
| 6 | Payroll Account | $14,173.00 | $0.00 | | $0.00 | |
| 7 | Professional Fee Escrow Account (u) | | $209,108.04 | | $209,209.40 | $209,108. |
| 8 | CCP Solutions – Copier | $886.00 | $0.00 | | $0.00 | |
| 9 | Accounts Receivable | $4,305,054.00 | $0.00 | | $0.00 | |
| 10 | Office Furniture *(8) | $177,946.24 | $0.00 | Yes | $0.00 | |
| 11 | Office Fixtures | $445,577.78 | $0.00 | | $0.00 | |
| 12 | Office Equipment *(8) | $17,205.44 | $0.00 | Yes | $0.00 | $0. |
| 13 | 1996 Mitsubishi FUSO FE 639 *(11) | $0.00 | $528.00 | | $0.00 | |
| 14 | 2003 Toyota Avalon *(11) | $0.00 | $1,022.00 | | $0.00 | |
| 15 | 2009 Cadillac CTS *(11) | $0.00 | $957.00 | | $0.00 | |
| 16 | 2011 Chevrolet Silverado | $0.00 | $7,792.00 | | $1,500.00 | |
| 17 | 2013 Lexus RX 350 | $0.00 | $18,000.00 | | $18,000.00 | |
| 18 | 2017 Ford F250 | $0.00 | $0.00 | | $0.00 | |
| 19 | 2006 Ford 350 Van (u) | | $3,369.00 | | $1,500.00 | |
| 20 | Other machinery, fixtures and equipment | $59,895.65 | $0.00 | | $0.00 | |
| 21 | Leasehold interest – 540-600 Bond St., Bridgeport, CT *(3) | | $0.00 | | $0.00 | |
| 22 | Interest Domain Name *(3) | | $0.00 | | $0.00 | |
| 23 | Licenses, Franchises, Customer Lists *(3) | | $0.00 | | $0.00 | |
| 24 | Notes Receivable | $0.00 | $0.00 | | $0.00 | |
| 25 | Tax refund (u) | | $21,538.31 | | $0.00 | $21,538. |
| 26 | Collection of unclaimed funds (u) | | $14,882.02 | | $0.00 | $14,882. |
| 27 | Claim on Western Surety Bond (u) | | $200,000.00 | | $0.00 | $200,000. |
| 28 | Claim with U.S. DOJ re: M. Meole – victim impact (u) | | $0.00 | | $0.00 | $0. |
| 29 | Claim on Travelers' Bond *(10) (u) | | $0.00 | | $0.00 | $0. |
| 30 | 401(k) plan *(7) (u) | | $0.00 | | $0.00 | $0. |
| 31 | Possible return of U.S. Trustee fees *(4) (u) | | | | $0.00 | |
| 32 | Adv.Pro. #20-03008 Trustee v. All One Source (mo to compromise – approved 4/1/2021 $20,000.00) (u) | $101,193.87 | $20,000.00 | | $20,000.00 | F |
| 33 | Adv.Pro. #20-03009 Trustee v. Benefit & Risk Management (dismissed) (u) | $367,754.27 | $0.00 | | $0.00 | F |
| 34 | Adv.Pro. #20-03010 Trustee v. Bridgeport Credit Union (dismissed) (u) | $241,156.00 | $0.00 | | $0.00 | F |
| 35 | Adv.Pro. #20-03011 Trustee v. Caretech Supplies (dismissed) (u) | $48,179.30 | $0.00 | | $0.00 | F |
| 36 | Adv.Pro. #20-03023 Trustee v. Comprehensive Rehabilitation - default judgment entered 2-4-2021) *(5) (u) | $288,000.00 | $0.00 | | $0.00 | F |
| 37 | Adv.Pro. #20-03012 Trustee v. HUB | $314,929.00 | $2,250.00 | | $2,250.00 | F |

| Ref.# | 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined<br>by Trustee Less<br>Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§ 554 | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered<br>(FA)/<br>Gross Value of<br>Remaining Asse |
|---|---|---|---|---|---|---|
| | (mo to compromise - approved 3-10-21 $2,250.00)    (u) | | | | | |
| 38 | Adv.Pro. #20-0203013 Trustee v. KONE Elevator<br>(withdrawn)    (u) | $39,302.21 | $0.00 | | $0.00 | |
| 39 | Adv.Pro. #20-03014 Trustee v. MBS<br>(mo to compromise – approved 4/27/21 $10,000)    (u) | $19,889.80 | $10,000.00 | | $10,000.00 | |
| 40 | Adv.Pro. #20-03015 Trustee v. Medwiz Pharmacy<br>(mo to compromise – approved 4-15-21 - $4,000)    (u) | $58,557.00 | $4,000.00 | | $4,000.00 | |
| 41 | Adv.Pro.#20-03016-Trustee v. Raintree Healthcare<br>(mo to compromise – approved 8/16/21 $20,000)    (u) | $78,729.64 | $20,000.00 | | $20,000.00 | |
| 42 | Adv. Pro. #20-03017 Shoreline Boiler<br>(mo to compromise – approved 3-24-21 $7500)    (u) | $20,871.86 | $7,500.00 | | $7,500.00 | |
| 43 | Adv. Pro. #20-03018 Sun Life Financial<br>(dismissed)    (u) | $28,562.20 | $0.00 | | $0.00 | |
| 44 | Adv.Pro. #20-03019 Technical Gas Products<br>(dismissed)    (u) | $22,908.81 | $0.00 | | $0.00 | |
| 45 | Adv.Pro. #20-3020 United Illuminating<br>(mo to compromise - approved 3-3-21 $5,000)    (u) | $74,223.42 | $5,000.00 | | $5,000.00 | |
| 46 | CT State Court Action – Bridgeport Health Care Center, Inc. aka vs. Mary Floyd & Mary Floyd Conservatrix of Est. of Bobby Floyd *(6)    (u) | $45,104.80 | $0.00 | | $1,100.00 | $1,100.( |
| | TOTAL (excluding unknown values): | $6,774,081.29 | $545,946.37 | | $660,425.05 | $792,711.4 |

*(1)  Estimated Net Value - subject to various liens and/or claims
*(2)  Estimated Net Value - not property estate – funds transferred to claims administrator per order of the Court, who is still administering
*(3)  Petition/Unscheduled Value - unknown
*(4)  Estimated net value - to be determined
*(5)  Defendant no longer in business
*(6)  Estimated net value still being determined
*(7)  Funds in 401(k) plan transferred to Third Party Administrator per Court order. TPA still administering funds. Trustee intends to terminate plan.
*(8)  Certain equipment, furniture and supplies transferred to State of CT, for no funds, per Court order during Pandemic; other equipment, furniture and supplies abandoned per Court order.
*(9)  Estimated Net Value – not property of the estate – funds transferred to independent fiduciary per order of the Court, who is still administering.
*(10) Estimated Net Value – not property of the estate – pursuing for retirement and/or medical plan pursuant to Court approved Consent Judgment.
*(11) Each vehicle sold – Trustee confirming amounts received.

Major Activities Affecting Case Closing:
- Continued pursuit of bond claim vs. Travelers.
- Continued pursuit of bond claim vs. Western Surety.
- Disposition of remaining office equipment in storage.
- Termination of 401(k) plan.
- Pursuit of possible overpayment of U.S. Trustee fees.
- Pursuit of judgment and collection in applied income matter: BHCC v. Floyd.
- Distribution of funds.

Initial Projected Date of Final Report (TFR): 12/31/2022                    Current Projected Date of Final Report (TFR):

# Form 2
## Cash Receipts and Disbursements Record

Case Number: 18-30623  
Case Name: Bridgeport Health Care Center Inc. ("BHCC")  
Taxpayer ID #: ███████  
Period Ending: 03/31/2022

Trustee: Jon P. Newton  
Bank Name: Webster Bank Reid and Riege, P.C. Clients Fund  
Account: ██████3131  
Blanket Bond: n/a  
Separate Bond: $870,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid to / Received from | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Account Balance $ |
| 10/08/2021 | 41 / 3733 | Raintree Healthcare Staffing | Preference settlement | 1141-001 | $5,000.00 | | $65,450. |
| 10/12/2021 | 40 / 11041 | Medwiz Solutions LLC | Preference settlement | 1141-001 | $4,000.00 | | $69,450. |
| 11/1/2021 | 46 / 7487 | Michalik, Bauer, Silvia & C | BHCC v. Mary Floyd state court action – good faith payment | 1149-001 | $100.00 | | $69,550. |
| 12/6/2021 | 46 / 7509 | Michalik, Bauer, Silvia & C | BHCC v. Mary Floyd state court action – good faith payment | 1149-001 | $100.00 | | $69,650. |
| 1/31/2022 | 46 / 7546 | Michalik, Bauer, Silvia & C | BHCC v. Mary Floyd state court action – good faith payment | 1149-001 | $100.00 | | $69,750. |
| 3/15/2022 | 46 / 7570 | Michalik, Bauer, Silvia & C | BHCC v. Mary Floyd state court action – good faith payment | 1149-001 | $100.00 | | $69,850. |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $9,400.00 | $0.00 | $69,850.( |
| Less: Bank Transfers/CDs | | | |
| Subtotal | | $9,400.00 | $0.00 | $69,850.( |
| | | | |
| NET Receipts / Disbursements | | | |
| TOTAL – ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
| Checking | $9,400.00 | $0.00 | $69,850.( |
| Money Market | $ | $ | |
| | $9,400.00 | $0.00 | $69,850.( |
| | (includes account transfers) | (includes payments to debtors) | Total Funds on Hand |

# Form 2
## Cash Receipts and Disbursements Record

Case Number: 18-30623  
Case Name: Bridgeport Health Care Center Inc. ("BHCC")  
Taxpayer ID #: ███████5  
Period Ending: 03/31/2022  

Trustee: Jon P. Newton  
Bank Name: Webster Bank  
Account: ██████3519  
Blanket Bond: n/a  
Separate Bond: $870,000.00  

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid to / Received from | 4<br>Description of Transaction | T-Code | 6<br>Receipts $ | 7<br>Disbursements $ | 8<br>Account Balance $ |
|---|---|---|---|---|---|---|---|
| 10/13/21 | 2 / | Cubesmart | Check Card signature purchase 10/12/21 | 2410-001 | | $529.43 | $348,725. |
| 11/15/21 | 2 / | Cubesmart | Check Card signature purchase 11/12/21 | 2410-001 | | $529.43 | $348,196. |
| 12/14/21 | 2 / | Cubesmart | Check Card signature purchase 12/13/21 | 2410-001 | | $529.43 | $347,666. |
| 01/13/22 | 2 / | Cubesmart | Check Card signature purchase 01/12/22 | 2410-001 | | $529.43 | $347,137. |
| 02/15/22 | 2 / | Cubesmart | Check Card signature purchase 02/14/22 | 2410-001 | | $529.43 | $346,607. |
| 03/15/22 | 2 / | Cubesmart | Check Card signature purchase 03/14/22 | 2410-001 | | $529.43 | $346,078. |
| 03/24/22 | 2 / | Walmart Cr | Check Card PIN Purchase return | 2410-001 | $4.76 | | $346,083. |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | $4.76 | $3,176.58 | $346,083. |
| Less: Bank Transfers/CDs | | | |
| Subtotal | $4.76 | $3,176.58 | $346,083. |
| | | | |
| NET Receipts / Disbursements | $4.76 | $3,176.58 | $346,083. |
| TOTAL – ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
| Checking | $4.76 | $3,176.58 | $346.083. |
| Money Market | $0.00 | $0.00 | $0.0 |
| | $0.00 | $3,176.58 | $346,083. |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

# Form 2
## Cash Receipts and Disbursements Record

Case Number: 18-30623  
Case Name: The Rosegarden Health and Rehabilitation Center LLC ("Rosegarden")  
Bridgeport Health Care Center Inc. ("BHCC")  
Taxpayer ID #: ▓▓▓▓▓▓▓ (BHCC); ▓▓▓▓▓▓▓ (Rosegarden)  
Period Ending: 03/31/2022

Trustee: Jon P. Newton  
Bank Name: Webster Bank Acct.  
Account: ▓▓▓▓▓5496  
Blanket Bond: n/a  
Separate Bond: $870,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid to / Received from | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Account Balance $ |
| | | | No activity | | | | $209,108 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 | $209,108. |
| Less: Bank Transfers/CDs | | | |
| Subtotal | $0.00 | $0.00 | $209,108. |
| | | | |
| NET Receipts / Disbursements | $0.00 | $0.00 | $209,108. |
| TOTAL – ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
| Checking | $0.00 | $0.00 | $209,108. |
| Money Market | $0.00 | $0.00 | $0. |
| | $0.00 | $0.00 | $209,108. |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

## FORM 3
## SUMMARY INTERIM ASSET REPORT

Trustee: Jon P. Newton
For Period Ending: 03/31/2022

Blanket Bond Amount: N/A
Per Case Limit:

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Case No. | Case Name | Date Filed (f) or converted (c) to chapter 7 | Total funds on deposit or invested (from Form 2) | Amount of separate bond (if any) | Gross Value of remaining assets (from Form 1 – excludes unknown values | Date of Actual Disposition by Final Report (TFR) Final Account (TDR) Report of No Distribution (ND Conversion (C) Dismissal (D) Reassignment ® *If TFR not filed, insert estimated TFR(e)) date. |
| 18-30623 | Bridgeport Health Care Center Inc. | 2/22/21(c) | $625,041.08 | $870,000.00 | $792,711.47 | 12/31/20 |
|  |  | **TOTALS** | $625,041.08 |  | $792,711.47 |  |

I certify that I have filed and reviewed Amended Forms 1 and 2 for the case listed above and that they are accurate and correct to the best of my knowledge.

Trustee's signature: _____
Jon P. Newton, Trustee

Date signed: May 12, 2022

26212.000/768068.1