UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| In Re:<br><br>THE ROSEGARDEN HEALTH AND REHABILITATION CENTER LLC, et al.,<br><br>Debtors[1] | CHAPTER 7<br><br>CASE NO. 18-30623 (AMN)<br><br>(Joint Administration)<br><br>Re: ECF Nos. 2086, 2122 |

**TRUSTEE'S STATUS REPORT**

TO THE HONORABLE ANN M. NEVINS, UNITED STATES BANKRUPTCY JUDGE:

Jon Newton, duly appointed Chapter 7 Trustee (the "Trustee") for the jointly administered estates of The Rosegarden Health and Rehabilitation Center LLC ("Rosegarden") and Bridgeport Health Care Center Inc. ("Bridgeport Health"; together with Rosegarden, the "Debtors"), by and through his counsel, Reid and Riege, P.C., hereby submits his status report regarding the Debtors' Chapter 7 cases. The Trustee files this report in connection with this Court's Scheduling Order, ECF No. 2122 (the "Scheduling Order").

    A.    **Report Provided to Office of United States Trustee**

The Trustee, as he is required, periodically provides a status report to the Office of the United States Trustee, describing, *inter alia*, the assets of the estate, the status of their administration, cash receipts and disbursements. A copy of the most recently submitted report (but without the exhibits – bank statements) is attached hereto as

---

[1] The Debtors in these cases and the last four digits of each Debtor's tax identification number are: The Rosegarden Health and Rehabilitation Center LLC (4423) and Bridgeport Health Care Center Inc. (6665).

26213.000/783124.1

**EXHIBIT A**.  The Trustee provides **EXHIBIT A** as a means to foster discussion at the upcoming hearing on the Scheduling Order on April 12, 2023 at 11:00 a.m.

B.   **Key Items Remaining**

1. **Bond Claim with Travelers.**  The Trustee, upon consultation with the United States Department of Labor, has provided his final comments to a proposed Confidential Settlement Agreement to counsel to Travelers Casualty and Surety Company of America.  The Trustee hopes and expects the agreement to be finalized in the very near future.  Upon finalizing that agreement, the Trustee will file with this Court a motion for approval of compromise, albeit under seal to preserve the confidentiality of the parties' agreement.

2. **Claim on Western Surety Bond**.  The Trustee has provided a letter to the State detailing the claim under a bond of Bridgeport Health, as surety, against Western Surety Company, as surety, on account of the theft by a former employee, Melissa Meole.  In that letter, the Trustee has proposed to assign that claim to the State.  The Trustee and the State have a conference call scheduled on April 10, 2023 at 10:00 a.m. to discuss this matter in greater detail.  At the hearing on April 12, 2023, the Trustee will report to the Court on the results of that call.  If the Trustee does not assign this claim to the State, it may make sense for him to abandon such claim for reasons discussed, and to be discussed, with the Court.

3. **Possible Return of Fees Paid to United States Trustee.**  Similarly, the Trustee has provided a letter to the State detailing the claim of Bridgeport Health against the United States Trustee for possible overpayments relating to the constitutionality of the increase in statutory fees payable to the United States Trustee in this District.  In

that letter, the Trustee has proposed to assign that claim to the State and, if it so chooses, to utilize the services, on a contingency fee basis, of Gold, Weems, Bruser, Sues & Rundell ("GWBS&R") in Alexandria, Louisiana, which is commencing a class action on this issue. The Trustee and the State have a conference call scheduled on April 10, 2023 at 10:00 a.m. to discuss this matter in greater detail. At the hearing on April 12, 2023, the Trustee will report to the Court on the results of that call. If the Trustee does not assign this claim to the State, he would propose for Bridgeport Health to keep the claim, and retain the services of GWBS&R to pursue it.

4. **Remnants Sale.** With respect to the estate's remnants, the Trustee is in receipt of a proposed Asset Purchase Agreement from an entity known as Oak Point Partners, LLC ("Oak Point"). Based on discussions with Oak Point, it is the Trustee's understanding that this offer is an open one, without a specific timeline. It is the Trustee's intention to pursue this sale, subject to Court approval and higher and better offers, as the case advances further toward closure. The Trustee would consider including in such sale the $45,000 judgment owed to the estate, absent a possible assignment of that judgment, and provided he negotiates a higher price than what is currently on the table.

5. **401(k) Account**. The Trustee, in light of the recent agreement reached in District Court with respect to the 401(k) account of Chaim Stern, which agreement has been consummated, has provided instructions to Northeast Retirement Services, LLC ("NRS"), the third -party administrator of Bridgeport Health's 401(k) plan, to allow Mr. Stern to rollover the remaining funds in his account on or about April 17, 2023. The Trustee, unaware of any remaining issues relating to Mr. Stern's account, but

acting out of an excess of caution, selected the date of April 17, 2023 to allow notice parties in this case to read and consider this report in case any such party wishes to offer comment. April 17, 2023 is also subsequent, of course, to the hearing before this Court on April 12, 2023. Absent any objections, the Trustee expects the planned rollover to proceed.

With that rollover, the main impediment to the termination of the 401(k) plan will be eliminated. The Trustee has requested from NRS a timeline to terminate the plan and hopes to have that information for the hearing on April 12.

6. **Summary of Amounts Held by Trustee**. In addition to the information contained on **EXHIBIT A**, the Trustee provides the table attached as **EXHIBIT B** with respect to the amounts being held by the Trustee, including sources, expected uses and liens and encumbrances.

7. **Status of Payment of Chapter 11 Professional Fees**. The Trustee provides the table attached as **EXHIBIT C** with respect to the status of payment of approved Chapter 11 professional fees. The Trustee, to the extent necessary, intends to seek Court authorization to pay such approved Chapter 11 professional fees, out of the funds on deposit in the Professional Fee Escrow established in this case, in the near future.

Dated at Hartford, Connecticut this 7th day of April, 2023.

JON NEWTON, TRUSTEE

By  /s/ Jon P. Newton
Jon P. Newton, Esq.
Federal Bar No. ct03376
Reid and Riege, P.C.
One Financial Plaza, 21st Floor
Hartford, CT 06103
(860) 278-1150
jnewton@rrlawpc.com