# AMENDED Form 1
## Individual Estate Property Record and Report
### Asset Cases

Case Number: 18-30623  
Case Name: Bridgeport Health Care Center Inc. ("BHCC")  
Period Ending: 09/30/2022

Trustee: Jon P. Newton  
Date Filed (f) or Converted (c): 02/22/2021 (c)  
§341(a) Meeting Date: 03/22/2021  
Claims Bar Date: 04/12/2021

| Ref.# | 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined<br>by Trustee Less<br>Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§ 554 | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered<br>(FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Petty cash | $895.00 | $0.00 | | $0.00 | FA |
| 2 | BHCC Operating account *(1) | ($9,803.00) | $0.00 | | $360,365.65 | FA |
| 3 | Health Insurance account *(2) | $12,854.00 | $0.00 | | $0.00 | $0.00 |
| 4 | Retirement Funds *(9) (u) | | $0.00 | | $0.00 | $0.00 |
| 5 | Manor Operating account | $35.00 | $0.00 | | $0.00 | FA |
| 6 | Payroll Account | $14,173.00 | $0.00 | | $0.00 | FA |
| 7 | Professional Fee Escrow Account (u) | | $209,108.04 | | $209,209.40 | FA |
| 8 | CCP Solutions – Copier | $886.00 | $0.00 | | $0.00 | FA |
| 9 | Accounts Receivable | $4,305,054.00 | $0.00 | | $0.00 | FA |
| 10 | Office Furniture *(8) | $177,946.24 | $0.00 | Yes | $0.00 | FA |
| 11 | Office Fixtures | $445,577.78 | $0.00 | | $0.00 | FA |
| 12 | Office Equipment *(8) | $17,205.44 | $0.00 | Yes | $0.00 | $0.00 |
| 13 | 1996 Mitsubishi FUSO FE 639 *(11) | $0.00 | $528.00 | | $0.00 | FA |
| 14 | 2003 Toyota Avalon *(11) | $0.00 | $1,022.00 | | $0.00 | FA |
| 15 | 2009 Cadillac CTS *(11) | $0.00 | $957.00 | | $0.00 | FA |
| 16 | 2011 Chevrolet Silverado | $0.00 | $7,792.00 | | $1,500.00 | FA |
| 17 | 2013 Lexus RX 350 | $0.00 | $18,000.00 | | $18,000.00 | FA |
| 18 | 2017 Ford F250 | $0.00 | $0.00 | | $0.00 | FA |
| 19 | 2006 Ford 350 Van (u) | | $3,369.00 | | $1,500.00 | FA |
| 20 | Other machinery, fixtures and equipment | $59,895.65 | $0.00 | | $0.00 | FA |
| 21 | Leasehold interest – 540-600 Bond St., Bridgeport, CT *(3) | | $0.00 | | $0.00 | FA |
| 22 | Interest Domain Name *(3) | | $0.00 | | $0.00 | FA |
| 23 | Licenses, Franchises, Customer Lists *(3) | | $0.00 | | $0.00 | FA |
| 24 | Notes Receivable | $0.00 | $0.00 | | $0.00 | FA |
| 25 | Tax refund (u) | | $21,538.31 | | $0.00 | $21,538.31 |
| 26 | Collection of unclaimed funds (u) | | $14,882.02 | | $0.00 | $14,882.02 |
| 27 | Claim on Western Surety Bond (u) | | $200,000.00 | | $0.00 | $200,000.00 |
| 28 | Claim with U.S. DOJ re: M. Meole – victim impact (u) | | $0.00 | | $389.41 | $0.00 |
| 29 | Claim on Travelers' Bond *(10) (u) | | $0.00 | | $0.00 | $0.00 |
| 30 | 401(k) plan *(7) (u) | | $0.00 | | $0.00 | $0.00 |
| 31 | Possible return of U.S. Trustee fees *(4) (u) | | | | $0.00 | |
| 32 | Adv.Pro. #20-03008 Trustee v. All One Source (mo to compromise – approved 4/1/2021 $20,000.00) (u) | $101,193.87 | $20,000.00 | | $20,000.00 | FA |
| 33 | Adv.Pro. #20-03009 Trustee v. Benefit & Risk Management (dismissed) (u) | $367,754.27 | $0.00 | | $0.00 | FA |
| 34 | Adv.Pro. #20-03010 Trustee v. Bridgeport Credit Union (dismissed) (u) | $241,156.00 | $0.00 | | $0.00 | FA |
| 35 | Adv.Pro. #20-03011 Trustee v. Caretech Supplies (dismissed) (u) | $48,179.30 | $0.00 | | $0.00 | FA |
| 36 | Adv.Pro. #20-03023 Trustee v. Comprehensive Rehabilitation - default judgment entered 2-4-2021) *(5) (u) | $288,000.00 | $0.00 | | $0.00 | FA |

| Ref.# | 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined<br>by Trustee Less<br>Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§ 554 | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered<br>(FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 37 | Adv.Pro. #20-03012 Trustee v. HUB<br>(mo to compromise - approved 3-10-21 $2,250.00)    (u) | $314,929.00 | $2,250.00 | | $2,250.00 | FA |
| 38 | Adv.Pro. #20-0203013 Trustee v. KONE Elevator<br>(withdrawn)    (u) | $39,302.21 | $0.00 | | $0.00 | FA |
| 39 | Adv.Pro. #20-03014 Trustee v. MBS<br>(mo to compromise – approved 4/27/21 $10,000)    (u) | $19,889.80 | $10,000.00 | | $10,000.00 | FA |
| 40 | Adv.Pro. #20-03015 Trustee v. Medwiz Pharmacy<br>(mo to compromise – approved 4-15-21 - $4,000)    (u) | $58,557.00 | $4,000.00 | | $4,000.00 | FA |
| 41 | Adv.Pro.#20-03016-Trustee v. Raintree Healthcare<br>(mo to compromise – approved 8/16/21 $20,000)    (u) | $78,729.64 | $20,000.00 | | $20,000.00 | FA |
| 42 | Adv. Pro. #20-03017 Shoreline Boiler<br>(mo to compromise – approved 3-24-21 $7500)    (u) | $20,871.86 | $7,500.00 | | $7,500.00 | FA |
| 43 | Adv. Pro. #20-03018 Sun Life Financial<br>(dismissed)    (u) | $28,562.20 | $0.00 | | $0.00 | FA |
| 44 | Adv.Pro. #20-03019 Technical Gas Products<br>(dismissed)    (u) | $22,908.81 | $0.00 | | $0.00 | FA |
| 45 | Adv.Pro. #20-3020 United Illuminating<br>(mo to compromise - approved 3-3-21 $5,000)    (u) | $74,223.42 | $5,000.00 | | $5,000.00 | FA |
| 46 | CT State Court Action – Bridgeport Health Care Center, Inc. aka vs. Mary Floyd & Mary Floyd Conservatrix of Est. of Bobby Floyd<br>*(6)    (u) | $45,104.80 | $5,000.00 | | $1,650.00 | $3,350.00 |
| | TOTAL (excluding unknown values): | $6,774,081.29 | $550,946.37 | | $661,359.46 | $239,770.33 |

*(1) Estimated Net Value - subject to various liens and/or claims
*(2) Estimated Net Value - not property estate – funds transferred to claims administrator per order of the Court, who is still administering
*(3) Petition/Unscheduled Value - unknown
*(4) Estimated net value - to be determined
*(5) Defendant no longer in business
*(6) Estimated net value based on fact that defendant pays only approximately $100.00 per month, and such asset may be part of a possible sale to a remnants buyer.
*(7) Funds in 401(k) plan transferred to Third Party Administrator per Court order. TPA still administering funds. Trustee intends to terminate plan.
*(8) Certain equipment, furniture and supplies transferred to State of CT, for no funds, per Court order during Pandemic; other equipment, furniture and supplies abandoned per Court order.
*(9) Estimated Net Value – not property of the estate – funds transferred to independent fiduciary per order of the Court, who is still administering.
*(10) Estimated Net Value – not property of the estate – pursuing for retirement and/or medical plan pursuant to Court approved Consent Judgment.
*(11) Each vehicle sold – Trustee confirming amounts received.

**Major Activities Affecting Case Closing:**
- Continued pursuit of bond claim vs. Travelers.
- Continued pursuit of bond claim vs. Western Surety.
- Disposition of remaining office equipment in storage.
- Termination of 401(k) plan.
- Pursuit of possible overpayment of U.S. Trustee fees.
- Pursuit of judgment and collection in applied income matter: BHCC v. Floyd.
- Distribution of funds.

Initial Projected Date of Final Report (TFR): 12/31/2022         Current Projected Date of Final Report (TFR): 03/31/2023

26213.000/778675.1 BHCC AMENDED Form 1 Individual Estate Property Record and Report – Asset Case

## Form 2
## Cash Receipts and Disbursements Record

Case Number: 18-30623  
Case Name: Bridgeport Health Care Center Inc. ("BHCC")  
Taxpayer ID #: ██-12████  
Period Ending: 09/30/2022

Trustee: Jon P. Newton  
Bank Name: Webster Bank  
Account: ███████3519  
Blanket Bond: n/a  
Separate Bond: $950,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid to / Received from | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Account Balance $ |
| 04/13/2022 | 2 / | Cubesmart | Check Card signature purchase 04/12/2022 | 2410-001 | | -$529.43 | $345,533.( |
| 05/13/2022 | 2 / | Cubesmart | Check Card signature purchase 05/12/2022 | 2410-001 | | -$537.08 | $345,016.5 |
| 05/16/2022 | * / 1255 | International Sureties, Ltd. | Trustee's bond payment | 2300-00x | | -$1,740.00 | $343,276.5 |
| 06/14/2022 | 2 / | Cubesmart | Check Card signature purchase 06/13/2022 | 2410-001 | | -$537.08 | $342,739.4 |
| 07/13/2022 | 2 / | Cubesmart | Check Card signature purchase 07/12/2022 | 2410-001 | | -$537.08 | $342,202. |
| 08/15/2022 | 2 / | Cubesmart | Check Card signature purchase 08/12/2022 | 2410-001 | | -$537.08 | $341,665. |
| 08/16/2022 | 21 / 16009 | Bridgeport Health Care Center, Inc. (deposit) | Transfer from Reid and Riege, P.C. Clients Fund | 9999-000 | $70,492.20 | $0.00 | $412,157. |
| 08/24/222 | 46 / 7652 | Michaelik, Bauer, Silvia & C | BHCC v. Mary Floyd state court action – good faith payment | 1149-001 | $100.00 | | $412,257. |
| 09/07/2022 | 28 / 4039-39045119 | U.S. Treasury | Court ordered restitution | 1249-00x | $97.41 | | $412,354. |
| 09/07/2022 | * / 1256 | International Sureties, Ltd. | Trustee's bond payment | | | -$325.00 | $412,029. |
| 09/13/222 | 46 / 7678 | Michaelik, Bauer, Silvia & C | BHCC v. Mary Floyd state court action – good faith payment | 1149-001 | $100.00 | | $412,129. |
| 09/13/2022 | 2 / | Cubesmart | Check Card signature purchase 09/12/2022 | 2410-001 | | -$537.08 | $411,592. |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | $70,789.61 | $5,280.63 | $411,592. |
| Less: Bank Transfers/CDs | | | |
| Subtotal | $70,789.61 | $5,280.63 | $411,592. |
| NET Receipts / Disbursements | $70,789.61 | $5,280.63 | $411,592. |
| TOTAL – ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
| Checkingp | $70,789.61 | $5,280.63 | $411,592. |
| Money Market | | | |
| | $70,789.61 | $5,280.63 | $411,592 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

*Not an asset of estate

26213.000/775746.1 BHCC Form 2 Cash Receipts and Disbursements Record (Webster Bank 1)

## Form 2
## Cash Receipts and Disbursements Record

Case Number: 18-30623  
Case Name: The Rosegarden Health and Rehabilitation Center LLC ("Rosegarden")  
Bridgeport Health Care Center Inc. ("BHCC")  
Taxpayer ID #: ██████ (BHCC); ██████ (Rosegarden)  
Period Ending: 09/30/2022  

Trustee: Jon P. Newton  
Bank Name: Webster Bank Acct.  
Account: ████████5496  
Blanket Bond: n/a  
Separate Bond: $950,000.00  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid to / Received from | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Account Balance $ |
|  |  |  | No activity |  |  |  | $209,1► |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $0.00 | $0.00 | $209,1► |
| Less: Bank Transfers/CDs | | | | |
| Subtotal | | $0.00 | $0.00 | $209,1► |
| NET Receipts / Disbursements | | $0.00 | $0.00 | $209,1► |
| TOTAL – ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Checking | $0.00 | $0.00 | $209,1► |
| Money Market | $0.00 | $0.00 | |
| | $0.00 | $0.00 | $209,1► |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds Hand |

# Form 2
## Cash Receipts and Disbursements Record

**Case Number:** 18-30623  
**Case Name:** Bridgeport Health Care Center Inc. ("BHCC")  
**Taxpayer ID #:** [redacted]  
**Period Ending:** 09/30/2022  

**Trustee:** Jon P. Newton  
**Bank Name:** Webster Bank Reid and Riege, P.C. Clients Fund  
**Account:** [redacted]3131  
**Blanket Bond:** n/a  
**Separate Bond:** $950,000.00  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid to / Received from | 4 Description of Transaction | T-Code | 6 Receipts $ | 7 Disbursements $ | 8 Account Balance $ |
|---|---|---|---|---|---|---|---|
| 4/15/2022 | 46 / 7593 | Michalik, Bauer, Silvia & C | BHCC v. Mary Floyd state court action – good faith payment | 1149-001 | $100.00 | | $69,950.8 |
| 4/27/222 | 28 / 35555219 | U.S. Treasury | Court ordered restitution | 1249-00x | $146.10 | | $70,096. |
| 6/7/2022 | 46 / 7619 | Michalik, Bauer, Silvia & C | BHCC v. Mary Floyd state court action – good faith payment | 1149-001 | $100.00 | | $70,196. |
| 7/18/2022 | 28 / 37428045 | U.S. Treasury | Court ordered restitution | 1249.00x | $146.10 | | $70,342. |
| 7/13/2022 | 46 / 7637 | Michalik, Bauer, Silvia & C | BHCC v. Mary Floyd state court action – good faith payment | 1149-001 | $150.00 | | $70,492. |
| 8/16/2022 | 2 / 16009 | Bridgeport Health Care Center, Inc. | Transfer to Trustee account at Webster Bank | 9999-000 | | $70,492.20 | $0. |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | $642.20 | $70,492.20 | $0 |
| Less: Bank Transfers/CDs | | | |
| Subtotal | $642.20 | $70,492.20 | $0. |

| NET Receipts / Disbursements | | | |
|---|---|---|---|
| **TOTAL – ALL ACCOUNTS** | NET DEPOSITS | NET DISBURSEMENTS | ACCOUN BALANCE |
| Checking | $642.20 | $70,492.20 | $0 |
| Money Market | $ | $ | |
| | $642.20 | $70,492.20 | $0 |
| | (includes account transfers) | (includes payments to debtors) | Total Fund on Hand |

**AMENDED FORM 3**
**SUMMARY INTERIM ASSET REPORT**

Trustee: Jon P. Newton
For Period Ending: 09/30/2022

Blanket Bond Amount: N/A
Per Case Limit:

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Case No. | Case Name | Date Filed (f) or converted (c) to chapter 7 | Total funds on deposit or invested (from Form 2) | Amount of separate bond (if any) | Gross Value of remaining assets (from Form 1 – excludes unknown values) | Date of Actual Disposition by*: Final Report (TFR) Final Account (TDR) Report of No Distribution (NDR) Conversion (C) Dismissal (D) Reassignment * *if TFR not filed, insert estimated TFR(e)) date. |
| 18-30623 | Bridgeport Health Care Center Inc. | 2/22/21(c) | $620,700.86 | $950,000.00 | $239,770.33 | 03/31/2023 |
| | | **TOTALS** | **$620,700.86** | | **$239,770.33** | |

I certify that I have filed and reviewed Forms 1 and 2 for the case listed above and that they are accurate and correct to the best of my knowledge.

Trustee's signature: _____
Jon P. Newton, Trustee

Date signed: January 3, 2023

# EXHIBIT B

## Summary of Amounts Held by Trustee

| Bank Accounts (Webster Bank) | Amounts | Sources | Liens and Encumbrances | Expected Uses |
|---|---|---|---|---|
| Bridgeport Health Operating Account | $415,015.56 | Transfer of funds remaining in Operating Account from Chapter 11; Avoidance Action Recoveries ($68,750.00); Recovery Based on State Court Judgment; Restitution Payments | M&T Bank (except for avoidance action recoveries and, possibly, recovery based on State Court Judgment and Restitution Payments) | M&T to extent of its lien; Chapter 7 administrative fees and expenses; State of Connecticut and M&T for super-priority administrative claims |
| Professional Fee Escrow Account | $170,358.97 | People's United Bank ($125,000); State of Connecticut ($125,000); Authorized Cash Collateral Disbursements | Escrowed funds for payment of Court approved professionals | Allowed professional fees and expenses |
| **TOTAL** | **$585,374.53** | | | |

# EXHIBIT C

## Status of Payment of Chapter 11 Professional Fees

All allowed Chapter 11 fees and expenses of Court approved professionals have been paid except for the following.

| Claimant | Nature of Chapter 11 Claim | Amount |
|---|---|---|
| Michalek, Bauer, Silvia & Ciccarillo, LLP<br>35 Pearl Street<br>New Britain, CT 06051 | Allowed but unpaid Chapter 11 expenses of special counsel to the Trustee | $907.00 |
| Jon P. Newton, Chapter 11 Trustee<br>Reid and Riege, P.C.<br>One Financial Plaza<br>Hartford, CT 06103 | Allowed but unpaid Chapter 11 fees and expenses of Trustee | $132,275.34 |
| Reid and Riege, P.C.<br>Counsel to Chapter 11 Trustee<br>One Financial Plaza<br>Hartford, CT 06103 | Allowed but unpaid Chapter 11 fees and expenses of counsel to the Trustee | $56,767.89 |
| **TOTAL** | | $189,950.23 |

As set forth in **EXHIBIT B** hereto, the Trustee currently holds $170,358.97 in the Professional Fee Escrow established in this case for the sole and exclusive benefit of estate professionals.

26213.000/783147.1